# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

148445 & (19)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEONTAE JAREE GORDON,
        Defendant-Appellant.

SC:  148445
COA:  315563
Kent CC:  99-008958-FC

_____/

     On order of the Court, the motion to add issue is GRANTED.  The application for leave to appeal the October 2, 2013 order of the Court of Appeals is considered, and it IS DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014

s0721



Clerk